UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-83(01) RM |
| ) | |
| TODD A. FORSYTHE ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 28, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 18], ACCEPTS defendant Todd Forsythe plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   October 19, 2009

                                              /s/ Robert L. Miller, Jr.
                                              Chief Judge
                                              United States District Court